Emma WALKER, Petitioner–Appellant,

v.

George L. WALKER,
Respondent–Respondent.

No. 53215.

Missouri Court of Appeals,
Eastern District,
Division One.

July 26, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 31, 1988.

Application to Transfer Denied
Oct. 18, 1988.

John D. Schneider, John A. Walsh, Jr., St. Louis, for petitioner-appellant.

George L. Walker, pro se.

ORDER

PER CURIAM.

Wife appeals from the property distribution provisions of a dissolution decree. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).